**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Don Redmann, Warden, | ) | |
| B. Dreher, Lieutenant, and | ) | |
| Jennifer Peoppel, CCW, | ) | Case No. 3:09-cv-012 |
| | ) | |
| Defendants. | ) | |

On March 10, 2009, Plaintiff filed a document captioned "Reconsideration Request for Appointment of Counsel." Therein, he renewed his request for court-appointed counsel, averring that the court had abused its discretion when denying his initial request. Plaintiff's request for reconsideration (Docket No. 9) is **DENIED** as the court finds no basis for reversing its initial decision.

**IT IS SO ORDERED.**

Date this 30th day of March, 2009.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge